Decided April 24, 1995

STATE OF CONNECTICUT *v.* RICKY HAGGOOD

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 753 (AC 13629), is denied.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided April 24, 1995